UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>          Defendants. | Case No. 20-cv-00820-HSG<br><br>**ORDER REGARDING CASE STATUS** |

Prior to reassignment to the undersigned, Judge Alsup denied Plaintiff's motion for leave to proceed *in forma pauperis* with prejudice and dismissed the complaint as frivolous. Dkt. No. 10. On March 4, 2020, the case was terminated. On November 16, 2020, the Ninth Circuit dismissed Plaintiff's appeal as frivolous. Dkt. No. 37. The Ninth Circuit's mandate issued on March 11, 2021. Dkt. No. 40. Accordingly, the Court reemphasizes that this case is closed. No further filings shall be accepted in this closed case. All pending motions are **DENIED**.

**IT IS SO ORDERED.**

Dated: 3/29/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge