UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TATYANA EVGENIEVNA DREVALEVA,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 20-cv-00820-HSG

**ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Re: Dkt. No. 45

On April 13, 2021, Plaintiff filed a motion for leave to proceed *in forma pauperis* on appeal. Dkt. No. 45. Plaintiff's previous request to proceed *in forma pauperis* was denied, and the complaint was dismissed as frivolous. Dkt. No. 10. No different result is warranted here. *See* Dkt. No. 43 ("reemphasiz[ing] that this case is closed"). The Court finds that the appeal is frivolous, *see* 28 U.S.C. § 1915(e)(2)(B), based on the Ninth Circuit's recent orders and mandate. Dkt. Nos. 37, 39, 40. Plaintiff's motion is thus **DENIED**. This case remains closed.

**IT IS SO ORDERED.**

Dated: 4/16/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge