UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 20-cv-00820-HSG<br><br>**ORDER DENYING LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 48 |

On April 20, 2021, Plaintiff moved for reconsideration of the order of dismissal, the order denying the motion for permission for electronic case filing, and the order denying the motion to proceed IFP on appeal. *See* Dkt. Nos. 10, 43, 46. The Court has reviewed the record and Plaintiff's arguments and finds no basis for reconsideration under Civ. L.R. 7-9(b)(3) or Federal Rule of Civil Procedure 60(b). Accordingly, the motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: 4/23/2021

                                                                                              HAYWOOD S. GILLIAM, JR.
                                                                                              United States District Judge